UNITED STATES DISTRICT COURT

Southern District of Indiana

Terre haute division

**FILED**
**01/15/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Larry d rietel jr

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Richard Shagley, does 1_14

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:23-cv-027-JRS-MJD
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

### I. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)  [X] State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

sixth amendment of the us constitution

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not applicable

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

defendant Shagley by powers of IC 30-5-2-7 and 21 CFR 1305.05 did wantonly with malice conspire with political subdivision agents and private persons to deprave Larry rietel of his sixth amendment rights secured by the US Constitution

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Larry rietel jr
286 lazy River Rd
Cloverdale Indiana
46120
owitstobig@protonmail.com
(765) 719-9392

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  Richard Shagley
500 Ohio street
terre haute Indiana

[x] Individual capacity   [x] Official capacity

Defendant No. 2  Name
Job or Title *(if known)*
Address

City   State   Zip code

County
Telephone Number
E-Mail Address *(if known)*

[x] Individual capacity   [x] Official capacity

Defendant No. 3  Name

Job or Title *(if known)*

Address

City          State          Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?
Indiana

**B.** What date and approximate time did the events giving rise to your claim(s) occur?
11/28/2022 when defendant Mr Shagley appeared in 67C01-2209-CT-000472

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mr Shagley failed to adequately cooperate in discovery of a separate case by plantiff (2:2022cv00129) against town of Cloverdale and it's agents which Mr Shagley was representing. Mr Shagley lied regarding discovery and claimed cloverdale Indiana police didn't have body cameras Mr Shagley lied and stated Cloverdale police cars aren't equipped with dash cameras.

Mr Shagley after plantiff voluntary dismissed such case Mr Shagley went on to represent Scott and Sherri Wahl in a Indiana circuit court civil action of Larry rietel vs Scott and Sherri Wah 67C01-2209-CT-000472, for free without a retainer.

Mr Shagley used his position as a lawyer to target and interfere with justice in plantiff Larry rietel state and federal cases. Mr Shagley also advised the town of Cloverdale and Cloverdale Indiana police for them to file an absurd unproven charge against plantiff Larry rietel regarding an alleged absurd "pointing a laser at a law enforcement officer." This is a civil rights violation being the sixth amendment and also Mr Shagley is negligence per se for damages sought in the remedy and in the complaint due to Mr Shagley acting under state and federal statue to impede planriff Larry rietel court actions and orevent Mr plantiff Larry rietel from getting a speedy trial in the state action. Relevant tort claims charges attached to the civil rights violation, are as follows count I. abuse of process count II. abuse of discretion and count IlV. Civil conspiracy

**IV.    Injuries**

    If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plantiff due to defendants negligence per se suffered losses due to the fact that plantiff would more then likely then not succeeded in

67C01-2209-CT-000472 of Larry rietel vs Scott and Sherri wahl. However, plantiff felt since this was unethical illegal and abuse of discretion and process and a conflict of interest decided to drop the case against Scott and Sherri Wahl and instead report Mr Shagley to the state bar association state attorney's generals office and state disciplinary commission.

Mr Shagley conspired with does 1-14 to deparve plantiff Larry rietel of his right to a speedy trial sixth amendment in 67C01-2209-CT-000472

As a result of such plantiff lost $30,000.00 us dollars. Mr Shagley is negligence per se for being wantonly with malice using state and federal statue of operating as a power of attorney to deparve plantiff Larry rietel of his sixth amendment right in 67C01-2209-CT-000472

_____
_____
_____
_____
_____
_____
_____
_____

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

__declaratory relief and if granted injunctive relief punitive damages of 20,000 us dollars and all equitable relief the court deems appropriate
_____
_____
_____
_____
_____
_____
_____
_____

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 14th 2022
_____

Signature of Plaintiff LR    _____

Printed Name of Plaintiff Larry Rietel    _____