UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LARRY D. RIETEL, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00027-JRS-MJD ) |
| RICHARD SHAGLEY, DOES 1-14, | ) ) ) |
| Defendants. | ) |

**Final Judgment**

Pursuant to the Order also issued this day, all claims by Plaintiff, Larry D. Rietel, Jr., are **dismissed without prejudice**. This is a **final judgment** under Federal Rule of Civil Procedure 58. This case is closed.

Date: 01/24/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

Larry D. Rietel, Jr.
286 Lazy River Rd.
Cloverdale, IN 46120
(765) 719-9392